■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN JOEL THOMAS HAMPTON, JR., Appellant, v ROBERT DENNISON, Chairman, New York State Division of Parole, Respondent. [872 NYS2d 341]—Appeal from a judgment (denominated order) of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered October 11, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: This appeal by petitioner from a judgment dismissing his petition seeking a writ of habeas corpus has been rendered moot by his release to parole supervision (*see People ex rel. Limmer v McKinney*, 23 AD3d 806 [2005]). Contrary to petitioner's contention, the exception to the mootness doctrine does not apply here (*see id.*; *People ex rel. Alexander v Walsh*, 303 AD2d 1015 [2003], *lv denied* 100 NY2d 505 [2003]; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Martoche, J.P., Fahey, Green and Pine, JJ.